UST-32, 3/03

S. William Manera, Trustee
P.O. Box 44350
Phoenix, AZ 85064-4350
602-795-2796
602-795-2817 (fax)
swm-docs@swmanera.com

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| In re: | Chapter 7 |
|---|---|
| GINA M. DI NAPOLI | Case No. 09-24590-PHX GBN |
| Debtor(s) | APPLICATION FOR ORDER FOR PAYMENT OF UNCLAIMED FUNDS TO THE U.S. BANKRUPTCY COURT |

S. William Manera, Trustee, reports that the following dividend checks have been issued and not presented for payment, and more than ninety (90) days has elapsed from the date of issuance.

| CHECK NO. | DATE ISSUED | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|---|
| 2006 | 07/08/2010 | RPM, LLC.<br>1930 220th St., SE Ste. 101<br>Bothell, WA 98021 | $25.18 |
| 2008 | 07/08/2010 | Qwest Choice TV & Online<br>PO Box 29025<br>Phoenix, AZ 85038 | $25.99 |
| 2009 | 07/08/2010 | Northland Group Inc<br>PO Box 390905<br>Minneapolis, MN 55439 | $19.69 |
| 2013 | 07/08/2010 | Johnson Utilities<br>968 E Hunt Hwy<br>Queen Creek, AZ 85242 | $16.97 |
| 2016 | 07/08/2010 | Diversified Consultants, Inc.<br>PO Box 1391<br>Southgate, MI 48195 | $83.89 |
| 2019 | 07/08/2010 | Bally Total Fitness<br>12440 E. Imperial Hwy, Suite 300<br>Norwalk, CA 90650 | $7.29 |

The Trustee asks that an order be entered pursuant to "347(a) of the Bankruptcy Code directing the Trustee to pay over the amount of $179.01 to the Clerk of the Court to be deposited in the Registry thereof.

| December 16, 2010 | /s/ S. William Manera |
|---|---|
| DATE | S. William Manera, TRUSTEE |